IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:00-HC-546-BO

| | |
|---|---|
| JERRY WAYNE CONNER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| GERALD BRANKER,[1] Warden, ) | |
| Central Prison, Raleigh, North Carolina, ) | |
| ) | |
| Respondent. ) | |

Upon consideration of petitioner's motion to seal [D.E. # 34] the proposed budget for clemency proceedings filed on December 15, 2011, it is ORDERED that the motion is GRANTED.

SO ORDERED, this 21 day of December, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

---

[1] Gerald Branker has replaced R.C. Lee as Warden of Central Prison and will be substituted as the proper party.